STATE OF NEW JERSEY v. CLYDE BRIGGS.

February 16, 1984.

Petition for certification denied.

MARY MILANO, GENERAL ADMINISTRATRIX OF THE ESTATE OF CARMEN MILANO, DECEASED, AND MARY MILANO, INDIVIDUALLY v. THE HOSPITAL CENTER AT ORANGE YASHWANT BHANDARI, M.D. AND IN LEE, M.D.

February 16, 1984.

Petition for certification denied.

NANC E. FELLERMAN v. FRANCIS J. BRADLEY, JR.

February 16, 1984.

Petition for certification granted. (See 192 *N.J.Super.* 556)

MARGATE BRIDGE COMPANY v. ZONING BOARD OF ADJUSTMENT OF THE BOROUGH OF NORTHFIELD.

February 16, 1984.

Petition for certification denied.